| | |
|---|---|
| 1 | DEBRA WONG YANG<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>CEDINA M. KIM (CSB #147248) |
| 4 | Assistant United States Attorney |

        300 North Los Angeles Street Suite 7516
        Los Angeles, California
        Tel. 213 894-2446
        FAX: 213 894-7819
        Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TAKOOII DANIEL, | ) No. CV 06-1509 PLA |
| | ) |
| | ) **ORDER OF REMAND** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 6 of 42 U.S.C. § 405(g) ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the

//
//
//
//
//

-1-

1 | Commissioner of Social Security for further proceedings consistent with the terms
2 | of the Stipulation for Remand.
3
4
5
6 | HONORABLE PAUL L. ABRAMS
UNITED STATES DISTRICT JUDGE